Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | ) |
| | ) |
| *Dean Fowler v. Pfizer Inc, et al.* | ) **MDL NO. 1699** |
| (07-3286 CRB) | ) **District Judge:  Charles R. Breyer** |
| | ) |
| *Orlando Archunde v. Pfizer Inc, et al.* | ) |
| (07-3337 CRB) | ) |
| | ) |
| *Carroll Stith, et al. v. Pfizer Inc, et al.* | ) **STIPULATION AND ORDER OF** |
| (07-3338 CRB) | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| *Jessie Johnston v. Pfizer Inc, et al.* | ) |
| (07-3548 CRB) | ) |
| | ) |
| *Verna Weese, et al. v. Pfizer Inc, et al.* | ) |
| (07-3910 CRB) | ) |
| | ) |
| *Renee Klepps, et al. v. Pfizer Inc, et al.* | ) |
| (07-4153 CRB) | ) |
| | ) |
| *Karen James v. Pfizer Inc, et al.* | ) |
| (07-4740 CRB) | ) |
| | ) |
| *Patricia D. Smith, et al. v. Pfizer Inc, et al.* | ) |
| (07-4741 CRB) | ) |
| | ) |
| *Emma-Ling Francis v. Pfizer Inc, et al.* | ) |
| (07-4742 CRB) | ) |
| | ) |
| *Homer Swift, et al. v. Pfizer Inc, et al.* | ) |
| (07-4743 CRB) | ) |
| | ) |
| *Louise Kreft, et al. v. Pfizer Inc, et al.* | ) |

-1-

EAST\42585061.1

1   (07-4744 CRB)                                  )
                                                   )
2   *Joseph Fernald v. Pfizer Inc, et al.*         )
    (07-4745 CRB)                                  )
3                                                  )
    *Scott Cruver v. Pfizer Inc, et al.*           )
4   (07-5000 CRB)                                  )
                                                   )
5   *Nancy Cattanach v. Pfizer Inc, et al.*        )
    (07-5001 CRB)                                  )
6                                                  )
    *Sarah Fredricks, et al. v. Pfizer Inc, et al.* )
7   (07-5002 CRB)                                  )
                                                   )
8   *Georgia McNeal v. Pfizer Inc, et al.*         )
    (08-4024 CRB)                                  )
9

10      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

11  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

12  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

13  each side bearing its own attorneys' fees and costs.

14

15

16      DATED: 1 0- 2-9, 2009        By: _____

17                                        **WEITZ & LUXENBERG, PC**
                                          700 Broadway
18                                        New York, New York 10003
                                          Telephone: 212-558-5000
19                                        Facsimile: 212-344-5461

20                                        *Attorneys for Plaintiffs*

21      DATED: Nov. 2, 2009         By: _____

22

23                                        **DLA PIPER LLP (US)**
                                          1251 Avenue of the Americas
24                                        New York, New York 10020
                                          Telephone: 212-335-4500
25                                        Facsimile: 212-335-4501

26                                        *Defendants' Liaison Counsel*

27

28

                            -2-

1   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
    **IT IS SO ORDERED.**

2

3   Dated:   NOV 1 3 2009

4                              Hon. Charles R. Breyer
                               United States District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PFZR/1035934/1132569v.1

EAST\42585061.1